**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY J. SEHEULT,

    Plaintiff,

v.                                                                   Case No. 8:08-cv-171-T-30MAP

HESS CORPORATION,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    The Court has been advised via a Mediation Report (Dkt. #19) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on August 20, 2008.

                                                                              */s/ James S. Moody, Jr.*
                                                                          JAMES S. MOODY, JR.
                                                                          UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2008\08-cv-171.dismissal 19.wpd